IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) CRIMINAL ACTION NO. 06-0274-CG ) |
| JUANITA BURROUGHS, | ) ) ) |
| Defendant. | ) |

## ORDER

On September 25, 2007, this matter came before the Court for a hearing on defendant's motion to reconsider competency to stand trial. At that hearing, the defendant presented the testimony of Dr. Murry Mutchnick who opined that the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  In addition, the psychiatric evaluations which are a part of the record were considered by the court.

The court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  Pursuant to 18 U.S.C. §4241(d), the court hereby commits the defendant to the custody of the United States Attorney General for a reasonable time, not to exceed four months,[1] as is necessary to determine whether there is a substantial probability that

---

[1]This time period shall not begin to run until the date the defendant arrives at the facility designated for treatment by the Attorney General.

in the foreseeable future she will attain the capacity to permit the trial to proceed.

    **DONE and ORDERED** this 25th day of September, 2007.

                                            /s/ Callie V. S. Granade  
                                            CHIEF UNITED STATES DISTRICT JUDGE